| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail:  Peter.J.D'Auria@usdoj.gov | Order Filed on August 2, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nicholas V. Campanella,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-21185(VFP)<br><br>Hearing Date: July 26, 2016 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

### ORDER DENYING DEBTOR'S APPLICATION FOR RETENTION OF PROFESSIONAL

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: August 2, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

Nicholas V. Campanella
Chapter 11 Case No. 16-21185(VFP)
**Order Denying Debtor's Application For Retention of Professional**

___

Upon consideration of the Debtor's Application for Retention of Professional (docket entry # 11) that sought to retain the Scura Wigfield Heyer & Stevens LLP firm as bankruptcy counsel, the Objection of the United States (docket entry # 14), and the Court having considered the above mentioned pleadings as well as argument at the hearing held on July 26, 2016, and the Court having found cause for the entry of the within order, it is hereby **ORDERED AS FOLLOWS:**

1.  The Debtor's Application for Retention of Professional filed at docket entry # 11 seeking to retain the Scura Wigfield Heyer & Stevens LLP firm as bankruptcy counsel is denied without prejudice.

2.  The Scura Wigfield Heyer & Stevens LLP firm's rights are reserved to seek retention in this case, on a nunc pro tunc basis, in the event that (a) such firm's request to withdraw as counsel in the related case of Pilgrim Medical Center, Inc. (New Jersey Bankruptcy Case No. 16-15414(VFP)) is granted by the Court, and (b) a substitute counsel is proposed in the related case of Pilgrim Medical Center, Inc.   All parties' rights, including that of the United States Trustee, are reserved to respond and/or object to any such retention application filed.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 16-21185-VFP
Nicholas V Campanella                                               Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 04, 2016
                        Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.
db          Nicholas V Campanella,   384 Sunset Boulevard,   Wyckoff, NJ  07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2016 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Nicholas V Campanella dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                         TOTAL: 3