Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−21185−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas V Campanella
   384 Sunset Boulevard
   Wyckoff, NJ 07481−2420

Social Security No.:
   xxx−xx−1243

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 17, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 44 − 38
Order Granting Application to Employ Cullen and Dykman LLP as Counsel to the Official Committee of Unsecured Creditors. (Related Doc # 38). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/17/2016. (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 17, 2016
JJW: rah

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
      Debtor

Case No. 16-21185-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin             Page 1 of 1            Date Rcvd: Oct 17, 2016  
                 Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.  
aty            +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:  
      Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com, BKECF@mlg-defaultlaw.com  
      David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors dedelberg@njbankruptcy.com  
      Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John F. Murano    on behalf of Plaintiff Jacqueline    Jalil john@muranoroth.com, vicky@muranoroth.com  
      John F. Murano    on behalf of Creditor Jacqueline    Jalil john@muranoroth.com, vicky@muranoroth.com  
      John F. Murano    on behalf of Plaintiff Tania    Mena john@muranoroth.com,   vicky@muranoroth.com  
      John F. Murano    on behalf of Creditor Tania    Mena john@muranoroth.com,   vicky@muranoroth.com  
      John F. Murano    on behalf of Creditor Luisa    Rojas john@muranoroth.com,   vicky@muranoroth.com  
      John F. Murano    on behalf of Plaintiff Luisa    Rojas john@muranoroth.com,   vicky@muranoroth.com  
      Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
                                                                                                                         TOTAL: 10