**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-2(c)

**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE-6258)
Proposed counsel for
The Official Committee of Unsecured Creditors

Order Filed on October 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas V. Campanella,

Debtor.

Chapter 11

Case No.: 16-21185(VFP)

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS TO RETAIN**
**CULLEN AND DYKMAN LLP AS COUNSEL *NUNC PRO TUNC***

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: October 17, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:            The Official Committee of Unsecured Creditors
Case No:          16-21185(VFP)
Page 2 of 3

# ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF
# UNSECURED CREDITORS TO RETAIN
# CULLEN AND DYKMAN LLP AS COUNSEL *NUNC PRO TUNC*

Upon the Application (the "Application") of The Official Committee of Unsecured Creditors (the "Committee"), of Nicholas V. Campanella (the "Debtor"), seeking the entry of an order pursuant to Section 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (the "Local Bankruptcy Rules"), authorizing the Committee to employ and retain Cullen and Dykman LLP (the "CD Firm") as its counsel for the purposes set forth in the Application; and upon the Affidavit of David Edelberg, Esq., (the "Edelberg Affidavit"); and the Court being satisfied, based on the representations made in the Application and the Edelberg Affidavit that the CD Firm represents or holds no interest adverse to the Debtor or to its estate as to the matters upon which it is to be engaged, and that the employment of the CD Firm is necessary and in the best interests of Debtor and its estate; and the Court having reviewed the Application and having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2); that venue is proper in this district pursuant to 28 U.S.C. §1409; and that due and sufficient notice of the Application has been given and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that pursuant to Section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain the CD Firm as counsel *nunc pro tunc* as of September 28, 2016; and it is further

Debtor:             The Official Committee of Unsecured Creditors
Case No:            16-21185(VFP)
Page 3 of 3

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS TO RETAIN
### CULLEN AND DYKMAN LLP AS COUNSEL *NUNC PRO TUNC*

---

**ORDERED**, that the CD Firm shall be entitled to an allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other orders as the Court may enter.

S:\EDELBERG\Campanella Nicholas\Pleadings Campanella\CD order - Campanella.doc

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
      Debtor

Case No. 16-21185-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 17, 2016  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
```
db             Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ  07481-2420
aty            Jerome M Douglas,    Law Office of Jerome M. Douglas, LLC.,    1600 NJ-208,
                Hawthorne, NJ  07506
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:
```
              Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dedelberg@njbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John F. Murano    on behalf of Plaintiff Jacqueline   Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Plaintiff Tania   Mena john@muranoroth.com,   vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com,   vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com,   vicky@muranoroth.com
              John F. Murano    on behalf of Plaintiff Luisa   Rojas john@muranoroth.com,   vicky@muranoroth.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 10
```