**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)**


**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE-6258)
Proposed counsel for
The Official Committee of Unsecured Creditors

Order Filed on November 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Pilgrim Medical Center, Inc.,<br><br><div align=right>Debtors.</div> | Chapter 11<br><br>Case No.: 16-15414(VFP)<br><br>Judge:    Vincent F. Papalia |
| In Re:<br><br>Nicholas V. Campanella,<br><br><div align=right>Debtor.</div> | Chapter 11<br><br>Case No.: 16-21185(VFP)<br><br>Judge:    Vincent F. Papalia |

<u>**ORDER DIRECTING JOINT ADMINISTRATION OF CASES**</u>

        The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: November 2, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Pilgrim Medical Center, Inc.,
Case No.: 16-15414(VFP)
Nicholas V. Campanella
16-21185(VFP)
Page 2 of 2

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon the application of the Official Committees of Unsecured Creditors in the above captioned cases, seeking entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the Chapter 11 Case of Nicholas V. Campanella, the individual debtor herein ("Individual Debtor") with the Chapter 11 Case of Pilgrim Medical Center, Inc., (the "Pilgrim Debtor"), it appearing that the Individual Debtor is the sole owner of the Pilgrim Debtor,  it appearing that Federal Bankruptcy Rule 1015 authorizes joint administration of cases involving affiliates or related parties, it appearing that the Individual Debtor and the Pilgrim Debtor (collectively, the "Debtors") are affiliates, it appearing that the Debtors also have common creditors, it appearing that joint administration of the Debtors' cases will permit a more efficient administration of their respective Chapter 11 Cases,  and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number 16-15414(VFP) shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.

F:\EDELBERG\Campanella Nicholas\Pleadings Campanella\joint admin order.docx