| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**CULLEN AND DYKMAN LLP**<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel)<br>(201) 488-6541 (Fax)<br>David Edelberg, Esq. (DE-6258)<br>Proposed counsel for<br>The Official Committee of Unsecured Creditors | **Order Filed on November 2, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In Re:<br><br>Pilgrim Medical Center, Inc.,<br><br>                                Debtors. | Chapter 11<br><br>Case No.: 16-15414(VFP)<br><br>Judge:   Vincent F. Papalia |
| In Re:<br><br>Nicholas V. Campanella,<br><br>                                Debtor. | Chapter 11<br><br>Case No.: 16-21185(VFP)<br><br>Judge:   Vincent F. Papalia |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: November 2, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

In re: Pilgrim Medical Center, Inc.,
Case No.: 16-15414(VFP)
Nicholas V. Campanella
16-21185(VFP)
Page 2 of 2

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon the application of the Official Committees of Unsecured Creditors in the above captioned cases, seeking entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the Chapter 11 Case of Nicholas V. Campanella, the individual debtor herein ("Individual Debtor") with the Chapter 11 Case of Pilgrim Medical Center, Inc., (the "Pilgrim Debtor"), it appearing that the Individual Debtor is the sole owner of the Pilgrim Debtor, it appearing that Federal Bankruptcy Rule 1015 authorizes joint administration of cases involving affiliates or related parties, it appearing that the Individual Debtor and the Pilgrim Debtor (collectively, the "Debtors") are affiliates, it appearing that the Debtors also have common creditors, it appearing that joint administration of the Debtors' cases will permit a more efficient administration of their respective Chapter 11 Cases, and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number 16-15414(VFP) shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.

F:\EDELBERG\Campanella Nicholas\Pleadings Campanella\joint admin order.docx

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
     Debtor

Case No. 16-21185-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 04, 2016  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.  
db         Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ   07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:

       Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com, BKECF@mlg-defaultlaw.com  
       David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors dedelberg@cullenanddykman.com  
       Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com  
       Jerome M Douglas    on behalf of Defendant Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com  
       John F. Murano    on behalf of Plaintiff Jacqueline   Jalil john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Plaintiff Tania   Mena john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Plaintiff Luisa   Rojas john@muranoroth.com, vicky@muranoroth.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
                                                                                                                     TOTAL: 12