

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|

| | |
|---|---|
| In Re: | Case No.: _____ 16-21185 _____ |
| Nicholas V Campanella | Chapter: _____ 7 _____ |
| | Judge: _____ VFP _____ |

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, F, G, H
OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: _11/8/2016_____

/s/ Judge Vincent F. Papalia_____
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____D_____ or to the List of Creditors on _____11/4/2016_____ that:

- ❑ Deletes a creditor or creditors
- ☒ Modifies a previously listed creditor or creditor information
- ❑ Adds a creditor or creditors
- ❑ Modifies the list of parties to contracts or leases
- ❑ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

2

In re:                                                          Case No. 16-21185-VFP
Nicholas V Campanella                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1          Date Rcvd: Nov 08, 2016
                           Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db              Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ  07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
        Connie J Delisser   on behalf of Creditor   BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
         BKECF@mlg-defaultlaw.com
        David  Edelberg   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
         dedelberg@cullenanddykman.com
        David L. Stevens   on behalf of Interested Party   Pilgrim Medical Center, Inc.
         dstevens@scuramealey.com,
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
         y.com
        Denise E. Carlon   on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jerome M Douglas   on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
         mmalta@debtorcounsel.com
        Jerome M Douglas   on behalf of Defendant Nicholas V Campanella jdouglasatty@gmail.com,
         mmalta@debtorcounsel.com
        John F. Murano   on behalf of Plaintiff Jacqueline  Jalil john@muranoroth.com,
         vicky@muranoroth.com
        John F. Murano   on behalf of Creditor Jacqueline  Jalil john@muranoroth.com,
         vicky@muranoroth.com
        John F. Murano   on behalf of Plaintiff Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
        John F. Murano   on behalf of Creditor Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
        John F. Murano   on behalf of Creditor Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com
        John F. Murano   on behalf of Plaintiff Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com
        Michael Frederick Dingerdissen   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                            TOTAL: 13