UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas V Campanella

Case No.: 16-21185
(Jointly Administered)

Chapter: 11

Judge: Vincent F. Papalia

# ORDER AUTHORIZING RETENTION OF

Law Offices of Jerome M. Douglas, LLCP

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2016**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____

as _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    _____

    _____

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
      Debtor

Case No. 16-21185-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 02, 2016
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
db        Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ  07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
        Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com, BKECF@mlg-defaultlaw.com
        David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors dedelberg@cullenanddykman.com
        David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc. dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
        Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com
        Jerome M Douglas    on behalf of Defendant Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com
        John F. Murano    on behalf of Plaintiff Jacqueline  Jalil john@muranoroth.com, vicky@muranoroth.com
        John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com, vicky@muranoroth.com
        John F. Murano    on behalf of Plaintiff Tania  Mena john@muranoroth.com,    vicky@muranoroth.com
        John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com,    vicky@muranoroth.com
        John F. Murano    on behalf of Creditor Luisa  Rojas john@muranoroth.com,    vicky@muranoroth.com
        John F. Murano    on behalf of Plaintiff Luisa  Rojas john@muranoroth.com,    vicky@muranoroth.com
        Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                           TOTAL: 13