| |
|---|
| LAW OFFICES OF JEROME M. DOUGLAS, LLC<br>Jerome M. Douglas, Esq. (042921995)<br>1600 Route 208 North<br>P.O. Box 670<br>Hawthorne, New Jersey 07507<br>Phone: (973) 238-8638<br>Fax: (973) 238-8639<br>Proposed Counsel for the Debtor |
| In Re:<br><br>**NICHOLAS V. CAMPANELLA**,<br><br>                Debtor. |

**Order Filed on December 5, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No. 16-21185

Chapter 11

Hon. Judge Vincent F. Papalia

Hearing Date and Time:
November 29, 2016 @ 10am

## ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtors: Nicholas V. Campanella,
Case No.: 16-21185
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

UPON reading the motion of Nicholas V. Campanella, by and through his counsel, Jerome M. Douglas, seeking entry of an order approving the settlement between the Debtor and MCN Properties, LLC pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, the objections thereto, if any, and the arguments of counsel, if any; and the Court having determined that the settlement as stated in the Motion is fair and equitable, in the best interests of the Debtor's estate and creditors; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby ORDERED as follows:

1. Pursuant to Fed. R. Bankr. P. 9019, the transfer of the Montclair Property[1] as proposed in the Motion and its exhibits, and the transactions represented thereby, are hereby approved.

2. The parties to transfer are hereby authorized and directed to enter into and execute any and all other documents necessary to effectuate the transfer of the Montclair Property.

3. This Court shall retain jurisdiction of this matter for the purpose of enforcing this order or to take such other action as the Court deems necessary, consistent with the settlement between the parties.

---

[1] Capitalized terms used herein but not otherwise defined shall have the same meaning ascribed to them as that ascribed in the Motion.