| | |
|---|---|
| LAW OFFICES OF JEROME M. DOUGLAS, LLC<br>Jerome M. Douglas, Esq. (042921995)<br>1600 Route 208 North<br>P.O. Box 670<br>Hawthorne, New Jersey 07507<br>Phone: (973) 238-8638<br>Fax: (973) 238-8639<br>Proposed Counsel for the Debtor | **Order Filed on December 5, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**NICHOLAS V. CAMPANELLA**,<br><br>Debtor. | Case No. 16-21185<br><br>Chapter 11<br><br>Hon. Judge Vincent F. Papalia<br><br>Hearing Date and Time:<br>November 29, 2016 @ 10am |

## ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors: Nicholas V. Campanella,
Case No.: 16-21185
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

UPON reading the motion of Nicholas V. Campanella, by and through his counsel, Jerome M. Douglas, seeking entry of an order approving the settlement between the Debtor and MCN Properties, LLC pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, the objections thereto, if any, and the arguments of counsel, if any; and the Court having determined that the settlement as stated in the Motion is fair and equitable, in the best interests of the Debtor's estate and creditors; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby ORDERED as follows:

1. Pursuant to Fed. R. Bankr. P. 9019, the transfer of the Montclair Property[1] as proposed in the Motion and its exhibits, and the transactions represented thereby, are hereby approved.

2. The parties to transfer are hereby authorized and directed to enter into and execute any and all other documents necessary to effectuate the transfer of the Montclair Property.

3. This Court shall retain jurisdiction of this matter for the purpose of enforcing this order or to take such other action as the Court deems necessary, consistent with the settlement between the parties.

---

[1] Capitalized terms used herein but not otherwise defined shall have the same meaning ascribed to them as that ascribed in the Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
      Debtor

Case No. 16-21185-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.  
db          Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ   07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:

       Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com, BKECF@mlg-defaultlaw.com  
       David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors dedelberg@cullenanddykman.com  
       David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc. dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
       Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com  
       Jerome M Douglas    on behalf of Defendant Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com  
       John F. Murano    on behalf of Plaintiff Jacqueline   Jalil john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Plaintiff Tania   Mena john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com, vicky@muranoroth.com  
       John F. Murano    on behalf of Plaintiff Luisa   Rojas john@muranoroth.com, vicky@muranoroth.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com

                                                                                                                                 TOTAL: 13