

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Nicholas Campanella

Case No.: _____16-21185_____

Chapter: _____11_____

Judge: _____Papalia_____

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E/F, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 7/19/17                              /s/ Honorable Vincent F. Papalia
                                           Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __D, E/F__ or to the List of Creditors on __7/18/17__, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __11__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
      Debtor

Case No. 16-21185-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 19, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
db          Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ   07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:

           Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com, BKECF@mlg-defaultlaw.com  
           David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors dedelberg@cullenanddykman.com  
           David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc. dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
           Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com  
           Jerome M Douglas    on behalf of Defendant Nicholas V Campanella jdouglasatty@gmail.com, mmalta@debtorcounsel.com  
           John F. Murano    on behalf of Plaintiff Luisa Rojas john@muranoroth.com, vicky@muranoroth.com  
           John F. Murano    on behalf of Plaintiff Jacqueline Jalil john@muranoroth.com, vicky@muranoroth.com  
           John F. Murano    on behalf of Creditor Jacqueline Jalil john@muranoroth.com, vicky@muranoroth.com  
           John F. Murano    on behalf of Plaintiff Tania Mena john@muranoroth.com, vicky@muranoroth.com  
           John F. Murano    on behalf of Creditor Tania Mena john@muranoroth.com, vicky@muranoroth.com  
           John F. Murano    on behalf of Creditor Luisa Rojas john@muranoroth.com, vicky@muranoroth.com  
           Mark E. Hall    on behalf of Mediator Mark E. Hall mhall@foxrothschild.com  
           Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 15