

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens (Attorney ID 034422007)
*Counsel for Debtor Pilgrim Medical Center, Inc.*

Order Filed on December 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**PILGRIM MEDICAL CENTER, INC. ,
AND NICHOLAS V. CAMPANELLA**

Debtor.

Case No.: 16-15414

(Jointly Administered)

Chapter 11

Judge: Hon. Vincent F. Papalia, U.S.B.J.

Hearing Date: 12/12/2017 at 10:00 A.M.

**ORDER PURSUANT TO 11 U.S.C. § 350(A) AND F.R.B.P. 3022
ISSUING A FINAL ORDER CLOSING THE CASE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 21, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: PILGRIM MEDICAL CENTER, INC. AND NICHOLAS V. CAMPANELLA
Case No.: 16-15414
Caption of Order: Order Pursuant to 11 U.S.C. § 350(A) and F.R.B.P. 3022 Closing Case.

Upon consideration of the Debtors' Motion for an Order Closing this Chapter 11 case and Issuing a Final Decree pursuant to 11 U.S.C. § 350(a) and F.R.B.P. 3022; and the Court having been satisfied that the Chapter 11 case has been substantially consummated within the meaning of section 1101(2) of the Bankruptcy Code; and it appearing; and consideration of the Motion and the relief request therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§1408 and 1409; and there being no objection thereto; it is hereby **ORDERED** as follows:

1. A final decree is entered and the Chapter 11 cases filed by Pilgrim Medical Center and Nicholas V. Campanella are hereby closed as provided herein;

2. All professional fees and expenses previously allowed on an interim basis in favor of the Debtors' counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., are hereby allowed on a final basis, and Debtors' counsel need not file any further fee application with regard to such fees and expenses.

3. Within thirty days from the entry of this Order, the Debtors must file all required post-confirmation quarterly reports and make payment of any outstanding statutory fees pursuant to 28 U.S.C. 1930 through the date of this Order; the United States Trustee reserves all rights, including, but not limited to, seeking to reopen the case if fess have not been paid as required herein.