| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>David L. Stevens (Attorney ID 034422007)<br>*Counsel for Debtor Pilgrim Medical Center, Inc.* | **Order Filed on December 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**PILGRIM MEDICAL CENTER, INC. ,<br>AND NICHOLAS V. CAMPANELLA**<br><br>Debtor. | Case No.: 16-15414<br>(Jointly Administrated)<br>Chapter 11<br>Judge: Hon. Vincent F. Papalia, U.S.B.J.<br>Hearing Date: 12/12/2017 at 10:00 A.M. |

**ORDER PURSUANT TO 11 U.S.C. § 350(A) AND F.R.B.P. 3022
ISSUING A FINAL ORDER CLOSING THE CASE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 21, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: PILGRIM MEDICAL CENTER, INC. AND NICHOLAS V. CAMPANELLA
Case No.: 16-15414
Caption of Order: Order Pursuant to 11 U.S.C. § 350(A) and F.R.B.P. 3022 Closing Case.

Upon consideration of the Debtors' Motion for an Order Closing this Chapter 11 case and Issuing a Final Decree pursuant to 11 U.S.C. § 350(a) and F.R.B.P. 3022; and the Court having been satisfied that the Chapter 11 case has been substantially consummated within the meaning of section 1101(2) of the Bankruptcy Code; and it appearing; and consideration of the Motion and the relief request therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§1408 and 1409; and there being no objection thereto; it is hereby **ORDERED** as follows:

1. A final decree is entered and the Chapter 11 cases filed by Pilgrim Medical Center and Nicholas V. Campanella are hereby closed as provided herein;

2. All professional fees and expenses previously allowed on an interim basis in favor of the Debtors' counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., are hereby allowed on a final basis, and Debtors' counsel need not file any further fee application with regard to such fees and expenses.

3. Within thirty days from the entry of this Order, the Debtors must file all required post-confirmation quarterly reports and make payment of any outstanding statutory fees pursuant to 28 U.S.C. 1930 through the date of this Order; the United States Trustee reserves all rights, including, but not limited to, seeking to reopen the case if fess have not been paid as required herein.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas V Campanella  
    Debtor

Case No. 16-21185-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db         Nicholas V Campanella,    384 Sunset Boulevard,    Wyckoff, NJ   07481-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor     BANK OF AMERICA, N.A nj.bkecf@fedphe.com  
         Connie J Delisser    on behalf of Creditor     BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
          BKECF@mlg-defaultlaw.com  
         David Edelberg    on behalf of Creditor Committee     Official Committee Of Unsecured Creditors
          dedelberg@cullenanddykman.com  
         David L. Stevens    on behalf of Interested Party     Pilgrim Medical Center, Inc.
          dstevens@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
          y.com;dmedina@scura.com  
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com  
         Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
          mmalta@debtorcounsel.com  
         Jerome M Douglas    on behalf of Defendant Nicholas V Campanella jdouglasatty@gmail.com,
          mmalta@debtorcounsel.com  
         John F. Murano    on behalf of Plaintiff Jacqueline   Jalil john@muranoroth.com,
          vicky@muranoroth.com  
         John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
          vicky@muranoroth.com  
         John F. Murano    on behalf of Plaintiff Tania   Mena john@muranoroth.com,    vicky@muranoroth.com  
         John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com,    vicky@muranoroth.com  
         John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com,    vicky@muranoroth.com  
         John F. Murano    on behalf of Plaintiff Luisa   Rojas john@muranoroth.com,    vicky@muranoroth.com  
         Mark E. Hall    on behalf of Mediator Mark E.   Hall mhall@foxrothschild.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 15